In the Matter of the Final Accounting of Frank B. Redfield and Henry F. Tarbox, as Executors, etc., of Constance C. Redfield, Deceased,

Respondents.   Abby R. Sunderland and Others, Appellants.— Decree affirmed, with costs to respondents against appellants personally.   All concurred.

Batavia and New York Woodworking Company, Respondent, v. Thomas T. Hopper, Appellant.— Judgment affirmed, with costs.   All concurred.